JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
JUSTIN K PASKETT, IDAHO STATE BAR NO. 9066
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

U.S. COURTS

JAN 24 2023

Rcvd_____ Filed CK Time 12:20
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NATHAN MARK LAW, <br><br> Defendant. | Case No. CR-23-00026E-DCN <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 2251(a), (e) <br> 18 U.S.C. §§ 2252A(a)(2) and (b)(1) <br> 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) <br> 18 U.S.C. § 2256(8)(A) <br> 18 U.S.C. § 2253 |

The Grand Jury charges:

### COUNT ONE

**Attempted Sexual Exploitation of a Minor Child**
**18 U.S.C. § 2251(a) and (e)**

On or about January 1, 2020, through on or about December 31, 2020, in the District of Idaho, the defendant, NATHAN MARK LAW, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to NATHAN MARK LAW by name and born in 2005, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been

INDICTMENT - 1

mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

### Distribution of Child Pornography
### 18 U.S.C. §§ 2252A(a)(2), (b)(1), and 2256(8)(A)

On or about June 1, 2022, through on or about October 31, 2022, in the District of Idaho, the Defendant, NATHAN MARK LAW, did knowingly distribute one or more obscene visual depictions of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and which visual depiction or visual depictions have been transported using the internet, a means and facility of interstate commerce, and were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including computer, in violation of Title 18, United States Code, Sections 2252A(a)(2), (b)(1), 2256(8)(A).

## COUNT THREE
### Possession of Child Pornography
### 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), and 2256(8)(A)

On or about June 1, 2022, through on or about December 13, 2022, in the District of Idaho, the defendant, NATHAN MARK LAW, did knowingly possess material containing an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that is, one or more visual depictions, the production of which the Defendant knew involved the use of a minor engaging in sexually explicit conduct, and which image or images have been transported using the internet, a means and facility of interstate commerce, and were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256(8)(A).

**INDICTMENT - 2**

# CRIMINAL FORFEITURE ALLEGATION
## Sexual Exploitation / Abuse of Children Forfeiture
## 18 U.S.C. § 2253

Upon conviction of the offenses alleged in Count One, Two, and Three of this Indictment/Information, the defendant, NATHAN MARK LAW, shall forfeit to the United States his interest in (1) any visual depiction described in Title 18, United States Code, Sections 2251 and 2252, et. seq., and any matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the foregoing offense, including property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Items:</u>
    a. Sandisk 120 GB storage device with serial number 170821455413
    b. Toshiba drive with serial number y1rjsz7tsq19ega
    c. Motorola z4 phone with serial number zy2268x959
    d. HP laptop with serial number 5cd94978j
    e. GoPro camera model er7000 with serial number 24369-Doekv1

2. <u>Unrecovered Cash Proceeds and/or Facilitating Property.</u> The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense (if facilitation is alleged), but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

**INDICTMENT - 3**

3. <u>Substitute Assets.</u>  Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant' assets subject to forfeiture.  The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 24th day of January, 2023.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
JUSTIN K PASKETT
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 4